# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**ANTHONY R. LESCH,**
**Class Representative**

      vs.                                    CASE NUMBER: 3:09-cv-449
                                                          (GTS/DEP)

**THOMAS J. McAVOY,**
**United States District Judge**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Petition is *sua sponte* DISMISSED for failure to state a claim and frivolousness.  This action is hereby closed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 1st day of July, 2009.

DATED: July 1, 2009

*Laurence K. Baerman*
Clerk of Court

                                                       s/
                                               Melissa Ennis
                                               Deputy Clerk