UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
———————————————————————————

ANTHONY R. LESCH,

                    Petitioner,

     vs                                  **ORDER OF RECUSAL**

THOMAS J. MCAVOY                    Civil Action No.
                                           3:09-cv-449 (GTS/DEP)

                    Respondent.
———————————————————————————

This Court having requested permission for the undersigned to recuse himself in the above-entitled action, and the Second Circuit Court of Appeals having issued a Mandate on October 30, 2009 granting said request, the undersigned hereby **RECUSES** himself from the above-entitled action.

WHEREFORE, it is hereby

ORDERED that the Clerk enter this Order of Recusal for the undersigned; and it is further

ORDERED that the Clerk shall randomly reassign this case to another United States District Judge, other than District Judge Thomas J. McAvoy; and it is further

ORDERED that the Clerk shall VACATE the #[5] Decision and Order and the #[6] Judgment; and it is further

ORDERED that the Clerk shall reinstate the #[2] Motion for Supplemental Writ of Prohibition and #[4] Motion for leave to proceed *in forma pauperis*; and it is further

ORDERED that the Clerk shall serve a copy of this Order on the parties and the United States District Judge to whom the case is assigned.

Dated: November 9, 2009

Hon. Glenn T. Suddaby
U.S. District Judge